

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

Veronica Brill, *et al.*

                          Plaintiff(s),

                                                      Case No. 2:19-cv-02027-MCE-AC

v.

Michael L. Postle, *et al.*

                          Defendant(s).

I, ___Maurice Belmont VerStandig_____,

attorney for___Veronica Brill and the other 24 named plaintiffs herein_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | The VerStandig Law Firm, LLC |
| Address: | 9812 Falls Road |
| | #114-160 |
| City: | Potomac |
| State: | Maryland    ZIP Code:    20854 |
| Voice Phone: | ( 301 )    444-4600 |
| FAX Phone: | ( 301 )    576-6885 |
| Internet E-mail: | mac@mbvesq.com |
| Additional E-mail: | admin@mbvesq.com |
| I reside in City: | Bethesda        State:    Maryland |

I was admitted to practice in the ___Maryland Court of Appeals___ (court) on ___December 17, 2009___ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I ~~have ☐✓~~ have not ✓ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         ___Julian K. Bach___

Firm Name:    ___Law Offices of Julian Bach___

Address:      ___7911 Warner Avenue___

City:         ___Huntington Beach___

State:        ___California___   ZIP Code: ___92647___

Voice Phone: ( _714_ ) ___848-5085___

FAX Phone:   ( _714_ ) ___848-5086___

E-mail:       ___julian@jbachlaw.com___

Dated: ___October 10, 2019___   Petitioner: _[signature]_

**ORDER**

IT IS SO ORDERED.

Dated: _____                               _____
                                                            JUDGE, U.S. DISTRICT COURT

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

   I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 2009,

### Maurice Belmont VerStandig

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

   **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this first day of May, 2019.

_____
Clerk of the Court of Appeals of Maryland