Michael L. Lipman (SBN 66605)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
mllipman@duanemorris.com
klalexander@duanemorris.com

Heather U. Guerena (SBN 238122)
7727 Herschel Avenue
La Jolla, CA 92037
Telephone: (858) 866-1020
Facsimile: (858) 551-4388
huguerena@elevationca.com

*Attorneys for Defendant*
*King's Casino, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, et al., | Case No. 19cv2027-MCE-AC |
| Plaintiffs, | The Honorable Morrison C. England, Jr. |
| v. | **DEFENDANT KING'S CASINO, LLC'S RULE 7.1(a) NOTICE OF FINANCIAL INTEREST** |
| MICHAEL L. POSTLE, et al. | |
| Defendants. | Complaint Filed: October 8, 2019 |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and this Court's Initial Pretrial Scheduling Order [Doc. 3], Defendant Kings Casino, LLC, d/b/a The Saloon at Stones Gambling Hall, hereby discloses that:

No publicly held corporation owns 10% or more of the membership interest in King's Casino, LLC.

Dated: October 29, 2019         **DUANE MORRIS LLP**

By: s/Michael L. Lipman
    Michael L. Lipman
    Duane Morris LLP
    *Attorneys for Defendant*
    *King's Casino, LLC*