Michael L. Lipman (SBN 66605)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  (619) 744-2200
Facsimile:  (619) 744-2201
mllipman@duanemorris.com
klalexander@duanemorris.com

Heather U. Guerena (SBN 238122)
7727 Herschel Avenue
La Jolla, CA 92037
Telephone: (858) 866-1020
Facsimile: (858) 551-4388
huguerena@elevationca.com

*Attorneys for Defendant*
*King's Casino, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA BRILL, et al., | Case No. 19cv2027-MCE-AC |
| Plaintiffs, | The Honorable Morrison C. England, Jr. |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT JUSTIN KURAITIS TO RESPOND TO COMPLAINT** |
| MICHAEL L. POSTLE, et al. | |
| Defendants. | Complaint Filed:  October 8, 2019 |

Plaintiffs Veronica Brill et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis" and collectively with King's Casino, "Defendants"), hereby stipulate and agree as follows.

First, that Plaintiffs requested that Kuraitis waive service on November 9, 2019. Kuraitis agreed to waive service.  Pursuant to Federal Rule of Civil Procedure 4(d)(3), his date to respond to the Complaint is presently January 8, 2020.

Second, that Local Rule 144(a) permits the parties to stipulate without a court order to a 28-day extension of a defendant's time to respond to a complaint. Kuraitis submits that additional time is needed to evaluate his legal challenges to the Complaint and respond.

Third, that the remaining named defendant, Michael L. Postle, has not yet been served. Furthermore, no other parties (besides the three entering into this Stipulation) have been served or entered an appearance in this matter, or are affected by this Stipulation.

Accordingly, the parties hereby stipulate and agree to a 28-day extension of Kuraitis's time to respond to the Complaint. The parties agree that Kuraitis's date to respond to the Complaint will be February 5, 2020.

By entering into this Stipulation, Defendants do not enter a general appearance and do not waive (and expressly reserve) all rights, legal challenges, and arguments, including any jurisdictional or other defenses that may be raised in a motion under Federal Rule of Civil Procedure 12(b).

SO STIPULATED.

Dated: November 19, 2019      **DUANE MORRIS LLP**

By: s/Michael L. Lipman
    Michael L. Lipman
    Duane Morris LLP
    *Attorneys for Defendant
    King's Casino, LLC*

Dated: November 17, 2019      **THE VERSTANDIG LAW FIRM, LLC**

By: /s Maurice VerStandig (as authorized on 11/17/2019)
    Maurice B. VerStandig (pro hac vice)
    The VerStandig Law Firm, LLC
    *Attorneys for Plaintiffs*

Dated: _____        _____
                             Justin Kuraitis (in propia persona)

Second, that Local Rule 144(a) permits the parties to stipulate without a court order to a 28-day extension of a defendant's time to respond to a complaint. Kuraitis submits that additional time is needed to evaluate his legal challenges to the Complaint and respond.

Third, that the remaining named defendant, Michael L. Postle, has not yet been served. Furthermore, no other parties (besides the three entering into this Stipulation) have been served or entered an appearance in this matter, or are affected by this Stipulation.

Accordingly, the parties hereby stipulate and agree to a 28-day extension of Kuraitis's time to respond to the Complaint. The parties agree that Kuraitis's date to respond to the Complaint will be February 5, 2020.

By entering into this Stipulation, Defendants do not enter a general appearance and do not waive (and expressly reserve) all rights, legal challenges, and arguments, including any jurisdictional or other defenses that may be raised in a motion under Federal Rule of Civil Procedure 12(b).

SO STIPULATED.

Dated:_____

**DUANE MORRIS LLP**

By: s/Michael L. Lipman
Michael L. Lipman
Duane Morris LLP
*Attorneys for Defendant
King's Casino, LLC*

Dated:_____

**THE VERSTANDIG LAW FIRM, LLC**

By:_____
Maurice B. VerStandig (pro hac vice)
The VerStandig Law Firm, LLC
*Attorneys for Plaintiffs*

Dated: 11/15/19

_____
Justin Kuraitis (in propia persona)