Michael L. Lipman (SBN 66605)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
mllipman@duanemorris.com
klalexander@duanemorris.com

Heather U. Guerena (SBN 238122)
7727 Herschel Avenue
La Jolla, CA 92037
Telephone: (858) 866-1020
Facsimile: (858) 551-4388
huguerena@elevationca.com

*Attorneys for Defendant
King's Casino, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA BRILL, et al., | Case No. 19-cv-2027-MCE-AC |
| Plaintiffs, | The Honorable Morrison C. England, Jr. |
| v. | **SECOND STIPULATION TO EXTEND KING'S CASINO'S TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |
| MICHAEL L. POSTLE, et al. | |
| Defendants. | Complaint Filed: October 8, 2019 |

Plaintiffs Veronica Brill et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis" and collectively with King's Casino, "Defendants"), hereby stipulate and agree as follows:

First, that on October 15, 2019, Plaintiffs served King's Casino with the Complaint and Summons. The parties stipulated to extend King's Casino's time to respond to the Complaint by 28 days under Local Rule 144(a), and its date to respond to the Complaint is presently December 3, 2019. [*See* Doc. 7.]

Second, that on November 9, 2019, Plaintiffs requested that Kuraitis waive service of the Complaint under Federal Rule of Civil Procedure 4(d). Kuraitis agreed to do so, and the parties stipulated to extend his time to respond to the Complaint by 28 days under Local Rule 144(a). Accordingly, Kuraitis's date to respond to the Complaint is February 5, 2020.

Third, that Plaintiffs have not yet served defendant Michael L. Postle.

Fourth, that a court may extend the time for a party to respond to a complaint for good cause. Fed. R. Civ. Pro. 6(b).

Fifth, that good cause exists because Defendants King's Casino and Kuraitis have informed Plaintiffs that they intend to file Rule 12 Motions challenging, *inter alia*, the Court's lack of subject-matter jurisdiction over the state law claims against them and the Complaint's failure to state any claim upon which relief can be granted. Because King's Casino and Kuraitis are named in the same counts and are facing largely overlapping factual allegations, the parties anticipate that their Rule 12 Motions will raise many of the same legal issues and rely on many of the same legal authorities. The parties agree that it would be more efficient for the parties and the Court to have Defendants' Rule 12 Motions filed and heard at the same time.

By entering into this Stipulation, Defendants do not enter a general appearance and do not waive (and expressly reserve) all rights, legal challenges, and arguments, including any jurisdictional or other defenses that may be raised in a motion under Federal Rule of Civil Procedure 12(b).

/ /

/ /

/ /

Accordingly, the parties stipulate and agree that King's Casino's time to respond to Plaintiffs' Complaint shall be extended from December 3, 2019, to February 5, 2020. The parties have previously stipulated to one prior 28-day extension of King's Casino's time to respond under Local Rule 144(a).

SO STIPULATED.

Dated: November 18, 2019  **DUANE MORRIS LLP**
By: s/Michael L. Lipman
   Michael L. Lipman
   Duane Morris LLP
   *Attorneys for Defendant*
   *King's Casino, LLC*

Dated: November 17, 2019  **THE VERSTANDIG LAW FIRM, LLC**

By: /s Maurice VerStandig (as authorized on 11/17/2019
   Maurice B. VerStandig (pro hac vice)
   The VerStandig Law Firm, LLC
   *Attorneys for Plaintiffs*

Dated: November 15, 2019  _____/s/_____
Justin Kuraitis (in propia persona)

### ORDER

The court, having considered the Second Stipulation for Extension of Time to Respond to Complaint, and finding good cause therefore, hereby orders:

King's Casino's time to respond to Plaintiffs' Complaint shall be extended from December 3, 2019, to February 5, 2020.

IT IS SO ORDERED.

Dated: November 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE