**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE January 9, 2020 |
| NAME OF SERVER *(PRINT)* Maurice B. VerStandig | TITLE Attorney for the Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☑ Other (specify) : In supplementation of in person service, I caused a copy of the summons and complaint to be mailed to the Defendant at 3724 Deer Walk Way, Antelope, California 95843, so as to additionally complete service of process pursuant to Cal. Civ. Proc. Code § 415.20, as permitted by Fed. R. Civ. P. 4(e)(i).

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     January 9, 2020           /s/ Maurice B. VerStandig
                          *Date*                            *Signature of Server*

                                                       9812 Falls Road, #114-160
                                                       Potomac, Maryland 20854
                                                       *Address of Server*