# AFFIDAVIT OF NON-SERVICE

| Case:<br>2:19-cv-02027-MCE-AC | Court:<br>Eastern District of California | County: | Job:<br>4087474 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Veronica Brill; et al. | | Defendant / Respondent:<br>Michael L Postle; et al. | |
| Received by:<br>California Civil Process | | For:<br>The VerStanding Law Firm, LLC | |
| To be served upon:<br>Michael L Postle | | | |

I, Demian Ross, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Michael L Postle, 3724 Deer Walk Way, Antelope, CA 95843 |
| Manner of Service: | Unsuccessful Attempt |
| Documents: | DE 002 - Summons.pdf, DE 001-1 - Civil Cover Sheet.pdf, DE 001 - Complaint and Demand for Trial By Jury.pdf |

**Additional Comments:**
1) Unsuccessful Attempt: Dec 16, 2019, 8:50 pm PST at Bad: 4133 Aragon Way, Rancho Cordova, CA 95742
No answer to initial knocking.  I could hear voices, so I continued knocking repeatedly.  A black male in his late 40s came to the window next to the front door and asked who I was. I said I was looking for Michael Postle.  He said Michael moved away 3 years ago. I asked his name and he said it was Russell. As I walked away from the residence he yelled that I better not come back to his house again.

2) Unsuccessful Attempt: Dec 19, 2019, 8:31 pm PST at 3724 Deer Walk Way, Antelope, CA 95843
House dark. No answer. No cars in driveway.

3) Unsuccessful Attempt: Dec 22, 2019, 5:06 pm PST at 3724 Deer Walk Way, Antelope, CA 95843
Dark. No answer. Black Lincoln MKX SUV in driveway. CA LIC 7UQU335

4) Unsuccessful Attempt: Dec 24, 2019, 2:45 pm PST at 3724 Deer Walk Way, Antelope, CA 95843
No answer. No activity. SUV still in driveway. Security door now wide open.

5) Unsuccessful Attempt: Dec 29, 2019, 7:36 pm PST at 3724 Deer Walk Way, Antelope, CA 95843
SUV gone. Security gate closed. House dark. No answer.

6) Unsuccessful Attempt: Dec 30, 2019, 10:59 am PST at 3724 Deer Walk Way, Antelope, CA 95843
House dark.  No answer to knocking.

7) Unsuccessful Attempt: Jan 2, 2020, 7:33 am PST at 3724 Deer Walk Way, Antelope, CA 95843
No answer. Home dark.

_[signature]_    01/05/2020

Demian Ross                              Date
Sacramento County #2011-66

California Civil Process
5425 Palm Avenue
Sacramento, CA 95841
916-373-9065