# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| VERONICA BRILL, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-2027 MCE-AC |
| MICHAEL L. POSTLE, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Justin F. Kuraitis.

Date: January 22, 2020

/s/ Richard Pachter
*Attorney's signature*

Richard Pachter (120069)
*Printed name and bar number*

500 Capitol Mall, Suite 2200
Sacramento, CA 95864
*Address*

richard@pachterlaw.com
*E-mail address*

(916) 485-1617
*Telephone number*

(916) 379-7838
*FAX number*