Michael L. Lipman (SBN 66605)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
mllipman@duanemorris.com
klalexander@duanemorris.com

Heather U. Guerena (SBN 238122)
7727 Herschel Avenue
La Jolla, CA 92037
Telephone: (858) 866-1020
Facsimile: (858) 551-4388
huguerena@elevationca.com

*Attorneys for Defendant
King's Casino, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA BRILL, et al., | Case No. 19cv2027-MCE-AC |
| Plaintiffs, | The Honorable Morrison C. England, Jr. |
| v. | **THIRD STIPULATION TO EXTEND KING'S CASINO'S TIME TO RESPOND TO COMPLAINT, SECOND STIPULATION TO EXTEND JUSTIN KURAITIS'S TIME TO RESPOND TO COMPLAINT, AND [PROPOSED] ORDER** |
| MICHAEL L. POSTLE, et al. | |
| Defendants. | |
| | Complaint Filed: October 8, 2019 |

Plaintiffs Veronica Brill et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis"), by and through counsel, hereby stipulate and agree as follows:

First, that on October 15, 2019, Plaintiffs served King's Casino with the Complaint and Summons. The parties have twice stipulated to extend King's Casino's time to respond

to the Complaint, and its date to respond to the Complaint is presently February 5, 2020. [Docs. 7, 13.]

Second, that on November 9, 2019, Plaintiffs requested that Kuraitis waive service of the Complaint under Federal Rule of Civil Procedure 4(d). Kuraitis agreed to do so, and the parties stipulated to extend his time to respond to the Complaint by 28 days under Local Rule 144(a). Accordingly, Kuraitis's date to respond to the Complaint is February 5, 2020. [Doc. 11.]

Third, that Plaintiffs filed a Summons Returned Executed regarding Defendant Michael Postle ("Postle") on January 9, 2020. [Doc. 15.] Plaintiffs and Postle have stipulated to extend Postle's time to respond to the Complaint by 28 days under Local Rule 144(a) to February 26, 2020. [Doc. 20.] Postle is not affected by this present Stipulation.

Fourth, that King's Casino and Kuraitis now seek to extend their deadline to respond to the Complaint from February 5, 2020 to February 26, 2020, so that their responsive pleadings are due on the same day as Postle's.

Fifth, a court may extend the time for a party to respond to a complaint for good cause. Fed. R. Civ. Pro. 6(b). Good cause exists here because King's Casino and Kuraitis intend to file Rule 12 Motions challenging, *inter alia*, the Complaint's failure to state any claim upon which relief can be granted. The parties anticipate that Postle may also file Rule 12 Motions. The parties agree that it would be more efficient for all Rule 12 Motions to be filed and heard at the same time, as they may raise some of the same legal issues and rely on the same legal authorities.

By entering into this Stipulation, defendants do not enter a general appearance and do not waive (and expressly reserve) all rights, legal challenges, and arguments, including any jurisdictional or other defenses that may be raised in a motion under Federal Rule of Civil Procedure 12(b).

Accordingly, the parties stipulate and agree that King's Casino's and Kuraitis's time to respond to Plaintiffs' Complaint shall be extended from February 5, 2020, to February 26, 2020.

SO STIPULATED.

Dated: January 29, 2020      **DUANE MORRIS LLP**

By: s/ Michael L. Lipman
    Michael L. Lipman
    Duane Morris LLP
    *Attorneys for Defendant King's Casino, LLC*

Dated: January 30, 2020      **THE VERSTANDIG LAW FIRM, LLC**

By: s/ Maurice VerStandig (authorized 1/30/20)
    Maurice B. VerStandig (pro hac vice)
    The VerStandig Law Firm, LLC
    *Attorneys for Plaintiffs*

Dated: January 29, 2020      **LAW OFFICES OF RICHARD PACHTER**

By: s/ Richard Pachter (authorized 1/29/20)
    Richard Pachter
    Law Offices of Richard Pachter
    *Attorneys for Defendant Kuraitis*

## ORDER

Having considered the Third Stipulation to Extend King's Casino's Time to Respond to Complaint and the Second Stipulation to Extend Justin Kuraitis's Time to Respond to Complaint, and finding good cause therefore, IT IS HEREBY ORDERED that the time for King's Casino and Kuraitis to respond to Plaintiffs' Complaint shall be extended from February 5, 2020, to February 26, 2020.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE