LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone: (916) 485-1617
Facsimile:  (916) 379-7838
richard@pachterlaw.com

Attorney for Defendant JUSTIN KURAITIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, et al., | Case No. 19-cv-2027 MCE-AC |
| Plaintiffs, | NOTICE OF CHANGE OF ADDRESS OF COUNSEL |
| v. | |
| MICHAEL L. POSTLE, et al. | |
| Defendant. | |

PLEASE TAKE NOTICE that effective February 10, 2020, the office address for Richard Pachter, attorney for defendant Justin F. Kuraitis in the above-entitled matter, has changed from 500 Capitol Mall, Suite 2200, Sacramento, California 95814 to 555 University Avenue, Suite 200, Sacramento, California, 95825.  Mr. Pachter's telephone number, facsimile number and email address remain the same.  Mr. Pachter's new contact information is as follows:

    Law Offices of Richard Pachter

    555 University Avenue, Suite 200

    Sacramento, California 95825

    Telephone:  (916) 485-1617

    Facsimile:    (916) 379-7838

    Email:    richard@pachterlaw.com

NOTICE OF CHANGE OF ADDRESS OF COUNSEL; CASE No. 19-cv-2027 MCE-AC

1
2  Dated: February 10, 2020
3                                                    By:/s/ Richard Pachter
                                                     RICHARD PACHTER
4                                                    richard@pachterlaw.com
                                                     LAW OFFICES OF RICHARD PACHTER
5                                                    555 University Avenue, Suite 200
                                                     Sacramento, California 95825
6                                                    Telephone: (916) 485-1617
                                                     Facsimile:  (916) 379-7838
7                                                    Attorney for Defendant Justin F. Kuraitis
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CHANGE OF ADDRESS OF COUNSEL; CASE No. 19-cv-2027 MCE-AC