Maurice B. VerStandig, Esq.
Admitted *Pro Hac Vice*
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Telephone: 301-444-4600
Facsimile: 301-576-6885
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al.* | Case No.: 2:19-cv-02027 |
| Plaintiffs, | The Honorable Morrison C. England, Jr. |
| vs. | STIPULATION TO EXTEND TIME FOR DEFENDANT MICHAEL POSTLE TO RESPOND TO COMPLAINT |
| MICHAEL L. POSTLE, *et al.* | |
| | Complaint Filed: October 8, 2019 |

Plaintiffs Veronica Brill *et al.* ("Plaintiffs"), by and through counsel, and Defendant Michael Postle, *pro se*, ("Mr. Postle"), hereby stipulate and agree as follows:

First, that Mr. Postle acknowledges receiving process herein on January 8, 2020. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), and based on that acknowledged date, his deadline to respond to the Complaint is presently January 29, 2020.

Second, that Local Rule 144(a) permits the parties to stipulate without a court order to a 28-day extension of a defendant's time to respond to a complaint. Mr. Postle does not presently have counsel in this matter and, after Plaintiffs' counsel offered to stipulate to a Local Rule 144(a) stipulation so as to allow Mr. Postle time to secure counsel and assess this case, he has indicated he would like to avail himself of such an extension.



STIPULATION TO EXTEND TIME FOR MICHAEL POSTLE TO RESPOND TO COMPLAINT - 1

1
2   Third, that the two other defendants herein – King's Casino, LLC and Justin Kuraitis – have been served, but are not affected by this Stipulation. However, should these two defendants seek an additional extension of their own respective deadlines, so as to render said deadlines concurrent with that of Mr. Postle, Plaintiffs will consent to such an extension in the interests of judicial economy and efficiency.

Accordingly, the Plaintiffs and Mr. Postle hereby stipulate and agree to a 28-day extension of Mr. Postle's time to respond to the Complaint. The parties agree that Mr. Postle's date to respond to the Complaint will be February 26, 2020.

SO STIPULATED.

Dated: January 24, 2020

**THE VERSTANDIG LAW FIRM, LLC**

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig (pro hac vice)
The VerStandig Law Firm, LLC
*Attorneys for Plaintiffs*

Dated: _____

[Scanned Signature Appended]
Michael Postle (*pro se*)



STIPULATION TO EXTEND TIME FOR MICHAEL POSTLE TO RESPOND TO COMPLAINT - 2

Third, that the two other defendants herein – King's Casino, LLC and Justin Kuraitis – have been served, but are not affected by this Stipulation. However, should these two defendants seek an additional extension of their own respective deadlines, so as to render said deadlines concurrent with that of Mr. Postle, Plaintiffs will consent to such an extension in the interests of judicial economy and efficiency.

Accordingly, the Plaintiffs and Mr. Postle hereby stipulate and agree to a 28-day extension of Mr. Postle's time to respond to the Complaint. The parties agree that Mr. Postle's date to respond to the Complaint will be February 26, 2020.

SO STIPULATED.

Dated: _____

THE VERSTANDIG LAW FIRM, LLC

By: _____
Maurice B. VerStandig (pro hac vice)
The VerStandig Law Firm, LLC
*Attorneys for Plaintiffs*

Dated: 1/24/20

Michael Postle (*pro se*)



STIPULATION TO EXTEND TIME FOR MICHAEL POSTLE TO RESPOND TO COMPLAINT - 2