# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| Veronica Brill, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:19-cv-02027-MCE-AC |
| Michael L. Postle, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

King's Casino LLC

Date: 02/18/2020

/s/ Mark C. Mao
*Attorney's signature*

Mark C. Mao (SBN 236165)
*Printed name and bar number*
Boies Schiller Flexner, LLP
44 Montgomery St., 41st Floor
San Francisco, CA. 94104

*Address*

mmao@bsfllp.com
*E-mail address*

(415) 293-6800
*Telephone number*

(415) 293-6899
*FAX number*