Maurice B. VerStandig, Esq.
Admitted *Pro Hac Vice*
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Telephone: 301-444-4600
Facsimile: 301-576-6885
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al.*, | Case No. 19cv2027-MCE-AC |
| Plaintiffs, | The Honorable Morrison C. England, Jr. |
| v. | **SECOND STIPULATION TO EXTEND TIME FOR MICHAEL POSTLE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |
| MICHAEL L. POSTLE, *et al.* | |
| Defendants. | Complaint Filed: October 8, 2019 |

Plaintiffs Veronica Brill et al. ("Plaintiffs"), by and through counsel and Defendant Michael Postle ("Postle"), hereby stipulate and agree as follows:

First, that Postle and Plaintiffs have previously stipulated to extend the deadline of Postle to respond to the Complaint herein to February 26, 2020 (DE #20);

Second, that all parties desire additional time to respond, with Postle expressly requesting such time in light of his *pro se* status;

Third, that Plaintiffs desire to have all responses to the Complaint filed in substantially contemporaneous fashion for reasons correlative to the timing structure of the Federal Rules of Civil Procedure and the preservation of certain rights enumerated therein;

Accordingly, Plaintiffs and Postle hereby stipulate (i) Postle's response to the Complaint shall come due on March 24, 2020; (ii) Postle shall not file a response to the Complaint prior to

March 4, 2020; and (iii) no party shall assert lack of timeliness as a grounds of opposition to any responsive paper if filed after March 4, 2020 and by March 24, 2020.

SO STIPULATED.

Dated: February 25, 2020     **THE VERSTANDIG LAW FIRM, LLC**

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig (pro hac vice)
The VerStandig Law Firm, LLC
*Attorneys for Plaintiffs*

Dated: 2/25/2020

Michael Postle (in propia persona)

### [PROPOSED] ORDER

The Court, having considered the parties' foregoing stipulation to extend the time for various defendants to respond to the Complaint herein, and finding good cause therefore, hereby orders:

The deadline for Postle to respond to the Complaint herein shall be enlarged to March 24, 2020, and Postle may not file such a response prior to March 4, 2020.

Dated: _____      _____
Morrison C. England, Jr.
United States District Judge

