Maurice B. VerStandig, Esq.
Admitted *Pro Hac Vice*
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Telephone: 301-444-4600
Facsimile: 301-576-6885
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL L. POSTLE, *et al.*<br><br>Defendants. | Case No. 2:19-cv-02027-MCE-AC<br><br>The Honorable Morrison C. England, Jr.<br><br>**THIRD STIPULATION TO EXTEND TIME FOR JUSTIN KURAITIS TO RESPOND TO COMPLAINT, FOURTH STIPULATION TO EXTEND TIME FOR KING'S CASINO, LLC TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Complaint Filed: October 8, 2019 |

Plaintiffs Veronica Brill et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("Stones"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis,"), by and through counsel;), hereby stipulate and agree as follows:

First, that Stones, Kuraitis, and Plaintiffs have previously stipulated to extend the deadline of Stones and Kuraitis to respond to the Complaint herein to February 26, 2020 (DE #21);

Second, that all parties desire additional time to respond, with defendant Michael Postle – for whom a stipulation is expected to be entered into under separate cover, solely with Plaintiffs – expressly requesting such time in light of his *pro se* status;



OMNIBUS STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1

Third, that Plaintiffs desire to have all responses to the Complaint filed in substantially contemporaneous fashion for reasons correlative to the timing structure of the Federal Rules of Civil Procedure and the preservation of certain rights enumerated therein;

Accordingly, Plaintiffs, Stones, and Kuraitis hereby stipulate (i) all responses to the Complaint shall come due on March 13, 2020; and (ii) no party shall assert lack of timeliness as a grounds of opposition to any responsive paper if filed by March 13, 2020. All other rights and objections are otherwise reserved.

SO STIPULATED.

Dated: February 25, 2020            **BOIES SCHILLER FLEXNER LLP**

By: s/
Mark C. Mao
Boies Schiller Flexner LLP
*Attorneys for Defendant King's Casino, LLC*

Dated: February 25, 2020            **THE VERSTANDIG LAW FIRM, LLC**

By: s/ .
Maurice B. VerStandig (pro hac vice)
The VerStandig Law Firm, LLC
*Attorneys for Plaintiffs*

Dated: February 25, 2020            **LAW OFFICES OF RICHARD PACHTER**

By: s/ .
Richard Pachter
Law Offices of Richard Pachter
*Attorneys for Defendant Kuraitis*



**ORDER**

The Court, having considered the parties' foregoing stipulation to extend the time for various defendants to respond to the Complaint herein, and finding good cause therefore, hereby orders:

The deadline for all defendants to respond to the Complaint herein shall be enlarged to March 13, 2020, and no defendant may file such a response prior to March 4, 2020.

IT IS SO ORDERED.

Dated: February 28, 2020



MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

