Maurice B. VerStandig, Esq.
Admitted *Pro Hac Vice*
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-576-6885
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al*.<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL L. POSTLE, *et al.*<br><br>Defendants. | Case No. 2:19-cv-02027-WBS-AC<br><br>The Honorable William B. Shubb<br><br>SUGGESTION OF MOOTNESS |

Come now Veronica Brill ("Ms. Brill"), Kasey Lyn Mills ("Ms. Mills"); Marc Goone ("Mr. Goone"), Navroop Shergill ("Mr. Shergill"); Jason Scott ("Mr. Scott"); Azaan Nagra ("Mr. Nagra"); Eli James ("Mr. James"); Phuong Phan ("Mr. Phan"); Jeffrey Sluzinski ("Mr. Sluzinski"), Harlan Karnofsky ("Mr. Karnofsky"); Nathan Pelkey ("Mr. Pelkey"); Matthew Allen Holtzclaw ("Mr. Holtzclaw"); Jon Turovitz ("Mr. Turovitz"); Robert Young ("Mr. Young"); Blake Alexander Kraft ("Mr. Kraft"); Jaman Yonn Burton ("Mr. Burton"); Michael Rojas ("Mr. Rojas"); Hawnlay Swen ("Mr. Swen"); Thomas Morris III ("Mr. Morris"); Paul Lopez ("Mr. Lopez"); Rolando Cao ("Mr. Cao"); Benjamin Jackson ("Mr. Jackson"); Hung Sam ("Mr. Sam"); Corey Caspers ("Mr. Caspers"); Adam Duong ("Mr. Duong"); Dustin McCarthy ("Mr. McCarthy"); Chou Vince Xiong ("Mr. Xiong"); Brian Olson ("Mr. Olson"); Cameron



Smith ("Mr. Smith"); Jordan Diamond ("Mr. Diamond"); Aronn Solis ("Mr. Solis"); Alisha Daniels-Duckworth ("Ms. Daniels-Duckworth"); Christian Soto Vasquez ("Mr. Vasquez"); Andrew Hernandez ("Mr. Hernandez"); Darrell Steed ("Mr. Steed"); Arish S. Nat ("Mr. Nat"); Kyle Kitagawa ("Mr. Kitagawa"); Brian Michael Raasch ("Mr. Raasch"); Zeev Malkin ("Mr. Malkin"); David Crittenton ("Mr. Crittenton"); Patrick Laffey ("Mr. Laffey"); Paras Singh ("Mr. Singh"); Firas Bouri ("Mr. Bouri"); Idris M. Yonisi ("Mr. Yonisi"); Joshua Whitesell ("Mr. Whitesell"); David Duarte ("Mr. Duarte"); Harun Unai Begic ("Mr. Begic"); Brad Kraft ("Mr. Kraft"); Taylor Carroll ("Mr. Carroll"); Elias AbouFares ("Mr. AbouFares"); Tyler Denson ("Mr. Denson"); Andrew Lok ("Mr. Lok"); Jake Rosenstiel ("Mr. Rosenstiel"); Anthony Ajlouny ("Mr. Ajlouny"); Hector Martin ("Mr. Martin"); Dale Menghe ("Mr. Menghe"); Scott Schlein ("Mr. Schlein"); Auguste Shastry ("Mr. Shastry"); Nicholas Colvin ("Mr. Colvin"); Jason Markwith ("Mr. Markwith"); Brian Watson ("Mr. Watson"); Shane Gonzales ("Mr. Gonzalez"); Katherine Stahl ("Ms. Stahl"); Mike Nelson ("Mr. Nelson"); Brandon Steadman ("Mr. Steadman"); Bryant Miller ("Mr. Miller"); Hong Moon ("Mr. Moon"); Matthew Gouge ("Mr. Gouge"); Nicholaus Wooderson ("Mr. Wooderson"); Carlos Welch ("Mr. Welch"); Ariel Reid ("Mr. Reid"); Dan Mayer ("Mr. Mayer"); Anthony Giglini ("Mr. Giglini"); Ryan Jaconetti ("Mr. Jaconetti"); Ariel Cris Manipula ("Mr. Manipula"); Trenton Sidener ("Mr. Sidener"); James John O'Connor ("Mr. O'Connor"); Patrick Vang ("Mr. Vang"); Marcus Davis ("Mr. Davis"); Adam Cohen ("Mr. Cohen"); Derick Cole ("Mr. Cole"); Aaron McCormick ("Mr. McCormick"); Brennen Alexander Cook ("Mr. Cook"); Michael Phonesavnh Rasphone ("Mr. Rasphone"); Benjamin Teng ("Mr. Teng"); Scott Sorenson ("Mr. Sorenson"); Anthony Hugenberg ("Mr. Hugenberg"); and Billy Joe Messimer ("Mr. Messimer") (collectively, the "Plaintiffs," with each sometimes being known as a "Plaintiff"), by and through counsel, The



VerStandig Law Firm, LLC, and respectfully suggest this Honorable Court deny as moot the motions to dismiss the Plaintiffs' complaint (the "Original Complaint")[1] filed by against Michael L. Postle ("Mr. Postle") (DE #38), King's Casino, LLC d/b/a Stones Gambling Hall ("Stones") (DE #31) and Justin F. Kuraitis ("Mr. Kuraitis") (DE #33), and in support thereof state as follows:

Following the filing of motions to dismiss by Stones and Messrs. Postle and Kuraitis, the Plaintiffs docketed a first amended complaint (the "FAC," as found at DE #40). Consistent with governing law, the FAC renders moot the pending motions to dismiss. *See, e.g., Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it."); *Miller v. Yokohama Tire Corp.*, 358 F.3d 616, 619 (9th Cir. 2004) ("Judge Wilson presided over a previously scheduled hearing on the original motion to dismiss and denied the motion as moot in light of the amended complaint."); *Multifamily Captive Group, LLC v. Assurance Risk Managers, Inc.*, 578 F. Supp. 2d 1242, 1245 (E.D. Cal. 2008) ("Thereafter, on May 15, 2008, an amended complaint was filed, adding plaintiff Gumenick as a party to the action and rendering defendant's prior motion to dismiss moot."); *Soong v. Chevy Chase Bank*, 2011 WL 13223892, at *1 (C.D. Cal. 2011) ("SLS's Motion to Dismiss Plaintiff's FAC would become moot once Plaintiff files her forthcoming Second Amended Complaint.") (citing *Doe v. Unocal Corp.*, 27 F. Supp. 2d 1174, 1180 (C.D. Cal. 1998)); *Johnson v. Patel*,

---

[1] Not all Plaintiffs were parties to this suit at the time the Original Complaint was filed.



2020 WL 550194, at *1 n.4 (E.D. Cal. 2020) ("In light of the amended complaint, Anil's motion to dismiss was denied as moot.").

      The Plaintiffs realize Stones and Messrs. Postle and Kuraitis are free, of course, to seek dismissal of the FAC on the same, similar, or additional grounds (just as they are free to file an answer and forego motions practice should they so wish). Should any of these defendants elect to seek dismissal of the FAC, the Plaintiffs will look forward to responding in due course. For the time being, however, it is respectfully suggested the pending motions to dismiss are rendered moot by virtue of the FAC.

Dated this 29th day of March, 2020.

    Respectfully Submitted,

    **THE VERSTANDIG LAW FIRM, LLC**

    By: /s/ Maurice B. VerStandig
    Maurice B. VerStandig (*pro hac vice*)
    1452 W. Horizon Ridge Pkwy, #665
    Henderson, Nevada 89012
    Telephone: (301) 444-4600
    Facsimile: (301) 576-6885
    mac@mbvesq.com
    *Counsel for the Plaintiffs*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**



# **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2020, I caused a true and correct copy of the foregoing to be served upon the following persons via this Honorable Court's CM/ECF system:

Michael L. Lipman, Esq.
Karen Lehmann Alexander, Esq.
Duane Morris LLP
750 B Street
Suite 2900
San Diego, CA 92101
*Counsel for King's Casino, LLC*

Heather U. Guerena, Esq.
Heather U. Guerena, Attorney at Law
7727 Herschel Avenue
La Jolla, CA 92037
*Counsel for King's Casino, LLC*

Mark Mao, Esq.
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
*Counsel for King's Casino, LLC*

Richard Pachter, Esq.
Law Offices of Richard Pachter
555 University Avenue, Suite 200
Sacramento, CA 95825
*Counsel for Justin Kuraitis*

I further certify that I have caused a true and accurate copy of the foregoing to be served on the following person via United States Mail, postage prepaid:

Michael L. Postle
3724 Deerwalk Way
Antelope, California 95843

                                                /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig

