**Mac VerStandig**

| | |
|---|---|
| **From:** | Bill Portanova <wfp@portanova.com> |
| **Sent:** | Tuesday, March 24, 2020 2:51 PM |
| **To:** | Michael Lipman; richard@pachterlaw.com; Mac VerStandig |
| **Cc:** | William J Portanova |
| **Subject:** | Brill, et al. v. Postle, et. al.; 19cv2027-MCE-AC - Defendant's Motion to Dismiss |
| **Attachments:** | 20200324_DEFENDANT MICHAEL POSTLE'S NOTICE OF MOTION AND MOTION .pdf |

Mr. Lipman –

At the request of Mr. Postle and with the understanding that you have agreed to service from him by email, I am attaching his Motion to Dismiss and related documents in his civil matter.  Please accept this email as his service of the attached.

Thank you,

Bill Portanova


_____

# William F. Portanova

## Portanova & Associates

400 Capitol Mall, Ste. 1100
Sacramento, CA 95814

(916) 444-7900  |  (916) 444-7998 fax

## Portanova.com

*PLEASE NOTE:  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us at portanova@thelawoffices.com or (916) 444-7900.  Please destroy the original transmission and its attachments without reading or saving same in any manner.  Thank you.*