UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al*.<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL L. POSTLE, *et al*.<br><br>Defendants. | Case No. 2:19-cv-02027-WBS-AC<br><br>The Honorable William B. Shubb<br><br>DECLARATION OF VERONICA BRILL |

1. My name is Veronica Brill, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a plaintiff in the above-captioned proceeding.

3. Prior to this case being initiated, I personally knew Michael Postle ("Mr. Postle"), played poker with Mr. Postle on myriad occasions, and considered Mr. Postle to be a friend.

4. During the course of my knowing Mr. Postle, it was at all times my understanding he had never attended law school.

Executed on 4/6/2020

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

7DE42A3CA8C740D...

Veronica Brill



DECLARATION OF VERONICA BRILL - 1