Case 2:19-cv-02027-WBS-AC   Document 54-4   Filed 04/28/20   Page 1 of 1



## Attorney Search

**Your search for** *Michael Postle* **returned no results.**

Would you like to search for **names that sound like** *Michael Postle*?

For more search options, including the ability to search for certified specialists, try **Advanced Search**.

**Search Tips**

- Do not use nicknames. Use either a first initial or proper first name.

**Sample Search Phrases**

- J Smith
- Smith, J
- J D Smith
- John D Smith
- Smith, John D
- 123456

© 2020 The State Bar of California