UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al.* | Case No. 2:19-cv-02027-WBS-AC |
| Plaintiffs, | The Honorable William B. Shubb |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST MICHAEL L. POSTLE |
| MICHAEL L. POSTLE, *et al.* | |
| Defendants. | |

Upon consideration of the Plaintiffs' Motion for Sanctions Against Michael L. Postle (the "Motion"), any opposition thereto, the authorities cited therein, and the record herein, it is, this _____ day of _____, 2020, by the United States District Court for the Eastern District of California, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that all filings of Michael L. Postle heretofore made in the above-captioned case, excepting those co-signed by counsel for one or more other parties to the case, be, and hereby are, STRICKEN; and it is further

ORDERED, that within three (3) days of the date of this order, Michael L. Postle shall either cause his counsel to notice an appearance in this case or shall personally file with the Clerk of this Court a notice of intent to proceed *pro se*.

_____
Hon. William B. Shubb
United States District Judge



[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SANCTIONS AGAINST MICHAEL L. POSTLE - 1

## CERTIFICATE OF SERVICE

I further certify that on this 28th day of April, 2020, I caused a true and correct copy of the foregoing to be served upon the following persons via this Honorable Court's CM/ECF system:

Michael L. Lipman, Esq.
Karen Lehmann Alexander, Esq.
Duane Morris LLP
750 B Street
Suite 2900
San Diego, CA 92101
*Counsel for King's Casino, LLC*

Heather U. Guerena, Esq.
Heather U. Guerena, Attorney at Law
7727 Herschel Avenue
La Jolla, CA 92037
*Counsel for King's Casino, LLC*

Mark Mao, Esq.
Boies Schiller Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
*Counsel for King's Casino, LLC*

Richard Pachter, Esq.
Law Offices of Richard Pachter
555 University Avenue, Suite 200
Sacramento, CA 95825
*Counsel for Justin Kuraitis*

I further certify that on this 28th day of April, 2020, I have caused a true and accurate copy of the foregoing to be served on the following person via United States Mail, postage prepaid:

Michael L. Postle
3724 Deerwalk Way
Antelope, California 95843



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        /s/ Maurice B. VerStandig
        Maurice B. VerStandig



[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SANCTIONS AGAINST MICHAEL L. POSTLE - 3