1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL; KASEY LYN MILLS; MARC GOONE; NAVROOP SHERGILL; JASON SCOTT; AZAAN NAGRA; ELI JAMES; PHUONG PHAN; JEFFREY SLUZINSKI; HARLAN KARNOFSKY; NATHAN PELKEY; MATTHEW ALLEN HOLTZCLAW; JON TUROVITZ; ROBERT YOUNG; BLAKE ALEXANDER KRAFT; JAMAN YONN BURTON; MICHAEL ROJAS; HAWNLAY SWEN; THOMAS MORRIS III; PAUL LOPEZ; ROLANDO CAO; BENJAMIN JACKSON; HUNG SAM; COREY CASPERS; ADAM DUONG; DUSTIN MCCARTHY; CHOU VINCE XIONG; BRIAN OLSON; CAMERON SMITH; JORDAN DIAMOND; ARONN SOLIS; ALISHA DANIELS-DUCKWORTH; CHRISTIAN SOTO VASQUEZ; ANDREW HERNANDEZ; DARRELL STEED; ARISH S. NAT; KYLE KITAGAWA; BRIAN MICHAEL RAASCH; ZEEV MALKIN; DAVID CRITTENTON; PATRICK LAFFEY; PARAS SINGH; FIRAS BOURI; IDRIS M. YONISI; JOSHUA WHITESELL; DAVID DUARTE; HARUN UNAI BEGIC; BRAD KRAFT; TAYLOR CARROLL; ELIAS ABOUFARES; TYLER DENSEN; ANDREW LOK; JAKE ROSENSTIEL; ANTHONY AJLOUNY; HECTOR MARTIN; DALE MENGHE; SCOTT SCHLEIN; AUGUSTE SHASTRY; | Case No. 2:19-cv-02027-WBS-AC<br><br>**STIPULATION TO EXTEND TIME TO FILE THE SECOND AMENDED COMPLAINT AND STATUS CONFERENCE STATEMENT AND CONTINUE STATUS CONFERENCE**<br><br>Dept.: Courtroom 5<br>Judge: Hon. William B. Shubb<br><br>Complaint Filed: October 8, 2019 |

NICHOLAS COLVIN; JASON MARKWITH; BRIAN WATSON; SHANE GONZALES; KATHERINE STAHL; MIKE NELSON; BRANDON STEADMAN; BRYANT MILLER; HONG MOON; MATTHEW GOUGE; NICHOLAUS WOODERSON; CARLOS WELCH; ARIEL REID; DAN MAYER; ANTHONY GIGLINI; RYAN JACONETTI; ARIEL CRIS MANIPULA; TRENTON SIDENER; JAMES JOHN O'CONNOR; PATRICK VANG; MARCUS DAVIS; ADAM COHEN; DERICK COLE; AARON MCCORMACK; BRENNEN ALEXANDER COOK; MICHAEL PHONESAVANH RASPHONE; BENJAMIN TENG; SCOTT SORENSON; ANTHONY HUGENBERG; BILLY JOE MESSIMER,

*Plaintiffs,*

v.

MICHAEL L. POSTLE; KING'S CASINO, LLC D/B/A STONES GAMBLING HALL; JUSTIN F. KURAITIS; JOHN DOES 1-10; JANE DOES 1-10,

*Defendants.*

Plaintiffs Veronica Brill, et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino Management Corp., successor by merger with King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis"), by and through counsel, hereby stipulate and agree as follows:

First, the parties seek to extend the time for Plaintiffs to file their Second Amended Complaint from June 23, 2020 to July 7, 2020, extend the date for filing a joint status conference statement from July 6, 2020 to September 29, 2020, and continue the date for the initial status conference from July 20, 2020 to October 13, 2020.

Second, counsel for Defendant Kuraitis conferred with the Court's courtroom deputy before submission of this stipulation regarding the requested continuance of the status conference date in

1  accordance with the Court's standing order.

2      Third, this is the parties' first request for an extension of the time for Plaintiffs to file a
3  Second Amended Complaint or of the dates for the initial status conference or for filing of the
4  initial status conference statement.

5      Fourth, a court may extend the time for a party to file an amended complaint, continue the
6  deadline for filing the status conference statement, and continue the status conference for good
7  cause.  Fed. R. Civ. Pro. 6(b).  Plaintiffs' counsel requests additional time to consider the Court's
8  Ruling on the Motions to Dismiss the First Amended Complaint, consult with each of the 88
9  Plaintiffs, and engage in conversations with defense counsel in an effort to narrow and streamline
10 issues.  Defendants agree that such a relatively brief extension is appropriate and may help to
11 increase efficiencies in this matter.  Good cause also exists to continue the initial status conference
12 and extend the time for the parties to file their joint status conference statement because the parties
13 have agreed not to pursue formal discovery until after the filing of answers and are hopeful that it
14 will not be necessary to set a case schedule or agree on a formal discovery plan if the case is
15 resolved informally or through motions practice on the pleadings.

16     Accordingly, the parties stipulate and agree that Plaintiffs' time to file their Second
17 Amended Complaint shall be extended from June 23, 2020, to July 7, 2020, the time for the parties
18 to file their joint status conference statement shall be extended from July 6, 2020 to September 29,
19 2020, and the initial status conference shall be continued from July 20, 2020 to October 13, 2020.

20     SO STIPULATED.

21 Dated: June 18, 2020      **BOIES SCHILLER FLEXNER LLP**

22     By: /s/ *Mark C. Mao*
23         Mark C. Mao
        Boies Schiller Flexner LLP
24         *Attorneys for Defendant King's Casino*
        *Management Corp.*
25

26 Dated:  June 18, 2020      **THE VERSTANDIG LAW FIRM, LLC**

27     By: /s/ *Maurice B. VerStanding* (as authorized on 6/18/20)
        Maurice B. VerStandig (pro hac vice)
28         The VerStandig Law Firm, LLC
        *Attorneys for Plaintiffs*

Dated: June 18, 2020                **LAW OFFICES OF RICHARD PACHTER**

By: /s/ *Richard Pachter* (as authorized on 6/18/20)
    Richard Pachter
    Law Offices of Richard Pachter
    *Attorneys for Defendant Kuraitis*

## ORDER

The Court, having considered the Stipulation to Extend Time to File the Second Amended Complaint and Status Conference Statement and Continue Status Conference, and finding good cause therefore, hereby orders:

The time for Plaintiffs to file the Second Amended Complaint shall be extended from June 23, 2020, to July 7, 2020.

The time for the parties to file a joint status conference statement shall be extended from July 6, 2020 to **September 29, 2020.**

The initial status conference in this case is continued from July 20, 2020 to **October 13, 2020 at 1:30 p.m.**

Dated: June 18, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE