Maurice B. VerStandig, Esq.
Admitted *Pro Hac Vice*
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-444-4600
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al*. | Case No. 2:19-cv-02027-WBS-AC |
| Plaintiffs, | The Honorable William B. Shubb |
| vs. | SECOND STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| MICHAEL L. POSTLE, *et al.* | |
| Defendants. | |

Plaintiffs Veronica Brill, et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino Management Corp., successor by merger with King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis"), by and through counsel, hereby stipulate and agree as follows:

First, the parties seek to extend the time for Plaintiffs to file their Second Amended Complaint from July 7, 2020 to August 7, 2020.

Second, this is the parties' second request for an extension of the time for Plaintiffs to file a Second Amended Complaint. The Court previously extended the time for Plaintiffs to file a Second Amended Complaint from June 23, 2020 to July 7, 2020.

Third, a court may extend the time for a party to file an amended complaint for good cause. Fed. R. Civ. Pro. 6(b). The prior extension has allowed counsel to make progress in an effort to narrow and streamline issues, but the parties believe that more time is needed in this

SECOND STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT - 1

regard, particularly given the number of plaintiffs involved. The parties' counsel have been diligently working with each other and submit that this further extension will help streamline the litigation.

Accordingly, the parties stipulate and agree that Plaintiffs' time to file their Second Amended Complaint shall be extended from July 7, 2020 to August 7, 2020.

SO STIPULATED.

Dated: July 2, 2020          **BOIES SCHILLER FLEXNER LLP**
                             By: /s/ Mark C. Mao (as authorized on 7/2/20)
                             Mark C. Mao
                             Boies Schiller Flexner LLP
                             *Attorneys for Defendant King's Casino Management Corp.*

Dated:  June 2, 2020         **THE VERSTANDIG LAW FIRM, LLC**
                             By: /s/ Maurice B. VerStandig
                             Maurice B. VerStandig (pro hac vice)
                             The VerStandig Law Firm, LLC
                             *Attorneys for Plaintiffs*

Dated:  June 2, 2020         **LAW OFFICES OF RICHARD PACHTER**
                             By: /s/ Richard Pachter (as authorized on 7/2/20)
                             Richard Pachter
                             Law Offices of Richard Pachter
                             *Attorneys for Defendant Kuraitis*



SECOND STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT - 2

**ORDER**

The Court, having considered the Stipulation to Extend Time to File the Second Amended Complaint and Status Conference Statement and Continue Status Conference, and finding good cause therefore, hereby orders:

The time for Plaintiffs to file the Second Amended Complaint shall be extended from July 7, 2020 to August 7, 2020.

Dated: July 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE