Maurice B. VerStandig, Esq.
Admitted *Pro Hac Vice*
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-444-4600
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL, *et al*.<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL L. POSTLE, *et al.*<br><br>Defendants. | Case No. 2:19-cv-02027-WBS-AC<br><br>The Honorable William B. Shubb<br><br>THIRD STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |

Plaintiffs Veronica Brill, et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino Management Corp., successor by merger with King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis"), by and through counsel, hereby stipulate and agree as follows:

First, the parties seek to extend the time for Plaintiffs to file their Second Amended Complaint from August 7, 2020 to September 11, 2020.

Second, this is the parties' third request for an extension of the time for Plaintiffs to file a Second Amended Complaint. The Court previously extended the time for Plaintiffs to file a Second Amended Complaint from June 23, 2020 to July 7, 2020 and then, subsequently, from July 7, 2020 to August 7, 2020.

Third, a court may extend the time for a party to file an amended complaint for good cause. Fed. R. Civ. Pro. 6(b). Counsel for the parties have reached an agreement as to the

THIRD STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT - 1



principal terms of a settlement of this case, but require additional time to finalize the settlement. Specifically, inasmuch as there are 88 Plaintiffs in this case, some additional time is needed to communicate with each about final settlement terms and the relative benefits and detriments of accepting such a settlement. While counsel for the Plaintiffs has regularly updated his clients and communicated with his clients throughout discussions, the Plaintiffs herein do not form a class and do not act as a bloc, so it is expected some time will be needed to ensure every Plaintiff is meaningfully counseled – and has his/her respective questions substantively addressed on an individualized basis – before a final settlement can be executed.

Accordingly, the parties stipulate and agree that Plaintiffs' time to file their Second Amended Complaint shall be extended from August 7, 2020 to September 11, 2020.

SO STIPULATED.

Dated: August 5, 2020        **BOIES SCHILLER FLEXNER LLP**
By: /s/ Mark C. Mao (permission granted 8/5/20)
Mark C. Mao
Boies Schiller Flexner LLP
*Attorneys for Defendant King's Casino Management Corp.*

Dated:  August 5, 2020       **THE VERSTANDIG LAW FIRM, LLC**
By: /s/ Maurice B. VerStandig
Maurice B. VerStandig (pro hac vice)
The VerStandig Law Firm, LLC
*Attorneys for Plaintiffs*

Dated:  August 5, 2020       **LAW OFFICES OF RICHARD PACHTER**
By: /s/ Richard Pachter (permission granted 8/5/20)
Richard Pachter
Law Offices of Richard Pachter
*Attorneys for Defendant Kuraitis*

## **[PROPOSED] ORDER**

The Court, having considered the Stipulation to Extend Time to File the Second Amended Complaint, and finding good cause therefore, hereby orders:

The time for Plaintiffs to file the Second Amended Complaint shall be extended from August 7, 2020 to September 11, 2020.

Dated: _____                    _____
                                                             William B. Shubb
                                                             United States District Judge

