Mark C. Mao (SBN 236165)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
mmao@bsfllp.com

*Attorneys for Defendant King's Casino Management Corp, successor by merger with King's Casino, LLC*

Richard Pachter (SBN 120069)
LAW OFFICES OF RICHARD PACHTER
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 485-1617
Facsimile: (916) 379-7838
richard@pachterlaw.com

*Attorneys for Defendant Justin Kuraitis*

Maurice B. VerStandig
Admitted *Pro Hac Vice*
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERONICA BRILL, *et al.*,

*Plaintiffs,*

v.

MICHAEL L. POSTLE, *et al.*,

*Defendants.*

Case No. 2:19-cv-02027-WBS-AC

**NOTICE OF PARTIAL SETTLEMENT AND STIPULATION TO SET DATE FOR MOTION TO WITHDRAW, EXTEND TIME TO FILE SECOND AMENDED COMPLAINT, AND VACATE STATUS CONFERENCE AND STATUS CONFERENCE REPORT DEADLINE**

Dept.: Courtroom 5
Judge: Hon. William B. Shubb

Complaint Filed: October 8, 2019

Plaintiffs Veronica Brill, et al. ("Plaintiffs"), by and through counsel; Defendant King's Casino Management Corp., successor by merger with King's Casino, LLC d/b/a The Saloon at

Notice of Partial Settlement and Stip. to Set Date for Motion to Withdraw, Extend Time to File Second Am. Compl., and Vacate Status Conference 1

Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis"), by and through counsel, hereby stipulate and agree as follows:

First, in the above-captioned case, Defendants King's Casino and Kuraitis have settled with the Plaintiffs set forth in Exhibit A.  The Settlement Agreement has been executed by the settling parties.

Second, the settling parties will file stipulations and proposed orders for dismissal as quickly as possible and no later than September 18, 2020.

Third, Plaintiffs' counsel have advised the non-settling Plaintiffs that they will seek to withdraw as counsel.  No non-settling Plaintiff has indicated an objection to withdrawal by Plaintiffs' counsel, although a number have simply been non-responsive to counsels' entreaties.  Plaintiffs' counsel intend to file a motion to withdraw by no later than September 11, 2020.

Fourth, Plaintiffs' counsel seek to extend the time for the non-settling Plaintiffs to file a Second Amended Complaint from September 11, 2020 to twenty (20) days after the Motion to Withdraw as Counsel is ruled upon by the Court and to vacate the status conference currently scheduled for October 13, 2020 and associated deadline for filing a status conference statement.  Defendants King's Casino and Kuraitis do not oppose these requests so long as the extension of time to file the Second Amended Complaint does not exceed the requested deadline.

Fifth, a court may extend the time for a party to file an amended complaint, continue the deadline for filing a status conference statement, and vacate a status conference for good cause.  Fed. R. Civ. Pro. 6(b); E.D. Cal. L.R. 160; Judge Shubb Standard Information.  In light of the settlement and forthcoming dismissal of claims by a substantial majority of Plaintiffs and the anticipated Motion to Withdraw as Counsel by Plaintiffs' counsel, it is within the Court's discretion to grant the non-settling Plaintiffs an extension of time to file an amended complaint.  And any status conference in this matter should follow the determination of the parties remaining in the case and the opportunity for non-settling Plaintiffs to appear in pro per or seek new counsel to file an amended complaint, if desired, or to dismiss the action.

Accordingly, the parties stipulate and agree that Plaintiffs' counsels' Motion to Withdraw as Counsel will be filed by no later than September 11, 2020, Plaintiffs' time to file their Second

Amended Complaint shall be extended from September 11, 2020, to no more than twenty (20) days after the Court's order on the Motion to Withdraw as Counsel, and the initial status conference scheduled for October 13, 2020 and the associated deadline for filing a status conference statement shall be vacated.

SO STIPULATED.

Dated: September 9, 2020

**BOIES SCHILLER FLEXNER LLP**

By: /s/ *Mark C Mao*
Mark C. Mao
Boies Schiller Flexner LLP
*Attorneys for Defendant King's Casino Management Corp.*

Dated: September 9, 2020

**THE VERSTANDIG LAW FIRM, LLC**

By: /s/ *Maurice B. VerStandig* (as authorized on 9/9/20)
Maurice B. VerStandig (pro hac vice)
The VerStandig Law Firm, LLC
*Attorneys for Plaintiffs*

Dated: September 9, 2020

**LAW OFFICES OF RICHARD PACHTER**

By: /s/ *Richard Pachter* (as authorized on 9/9/20)
Richard Pachter
Law Offices of Richard Pachter
*Attorneys for Defendant Kuraitis*

**ORDER**

The Court, having considered the Notice of Partial Settlement and Stipulation to Set Date for Motion to Withdraw, to Extend the Time to File Second Amended Complaint, and Vacate Status Conference and Status Conference Report Deadline, and finding good cause therefore, hereby orders:

Plaintiffs' counsel shall file a Motion to Withdraw as Counsel by September 11, 2020.

Plaintiffs' time to file their Second Amended Complaint shall be extended from September 11, 2020, to twenty (20) days after the Court's order on the Motion to Withdraw as Counsel.

///

///

The initial status conference scheduled for October 13, 2020 is reset for **February 16, 2021 at 1:30 p.m**. , with a joint status report due no later than February 2, 2021.

Dated:  September 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Exhibit A: List of Currently Settling Plaintiffs

- Aaron McCormack
- Andrew Hernandez
- Andrew Lok
- Anthony ‘Tony’ Giglini
- Ariel Reid
- Arish S. Nat
- Aronn Solis
- Benjamin “Ehb” Teng
- Billy Joe Messimer
- Blake Alexander Kraft
- Brad Kraft
- Brandon Steadman
- Brennen Alexander Cook
- Brian Michael Raasch
- Brian Olson
- Bryant Miller
- Cameron Smith
- Carlos Welch
- Corey Caspers
- Cris ‘AC’ Manipula
- Dale Menghe
- Dan Mayer
- Darrell Steed
- Dave Crittenton
- David Duarte
- Derick Cole
- Dustin McCarthy

- Eli James
- Harlan Karnofsky
- Harun Unai Begic
- Hawnlay Swen
- Hung Sam
- Idris M. Yonisi
- James John O'Connor
- Jason Markwith
- Jeffrey Sluzinski
- Jon Turovitz
- Jordan Diamond
- Joshua Whitesell
- Kathy Stahl
- Matthew Gouge
- Michael Phonesavanh Rasphone
- Michael Rojas
- Mike Nelson
- Nathan Pelkey
- Navroop ‘Nav’ Shergill
- Nicholas Colvin
- Nicholaus Wooderson
- Paras Singh
- Patrick Laffey
- Paul ‘Bobby’ Lopez
- Ryan Jaconetti
- Scott Schlein
- Scott Sorenson
- Shane Gonzalez

Notice of Partial Settlement and Stip. to Set Date for Motion to Withdraw, Extend Time to File Second Am. Compl., and Vacate Status Conference 6

- Taylor Carroll
- Thomas Morris III
- Trenton Sidener
- Tyler Denson
- Zeev Malkin