Maurice B. VerStandig, Esq.
Admitted *Pro Hac Vice*
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-444-4600
E-mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRILL; KASEY LYN MILLS; MARC GOONE; NAVROOP SHERGILL; JASON SCOTT; AZAAN NAGRA; ELI JAMES; PHUONG PHAN; JEFFREY SLUZINSKI; HARLAN KARNOFSKY; NATHAN PELKEY; MATTHEW ALLEN HOLTZCLAW; JON TUROVITZ; ROBERT YOUNG; BLAKE ALEXANDER KRAFT; JAMAN YONN BURTON; MICHAEL ROJAS; HAWNLAY SWEN; THOMAS MORRIS III; PAUL LOPEZ; ROLANDO CAO; BENJAMIN JACKSON; HUNG SAM; COREY CASPERS; ADAM DUONG; DUSTIN MCCARTHY; CHOU VINCE XIONG; BRIAN OLSON; CAMERON SMITH; JORDAN DIAMOND; ARONN SOLIS; ALISHA DANIELS-DUCKWORTH; CHRISTIAN SOTO VASQUEZ; ANDREW HERNANDEZ; DARRELL STEED; ARISH S. NAT; KYLE KITAGAWA; BRIAN MICHAEL RAASCH; ZEEV MALKIN; DAVID CRITTENTON; PATRICK LAFFEY; PARAS SINGH; FIRAS BOURI; IDRIS M. YONISI; JOSHUA WHITESELL; DAVID DUARTE; HARUN UNAI BEGIC; BRAD KRAFT; TAYLOR CARROLL; ELIAS ABOUFARES; TYLER DENSEN; ANDREW LOK; JAKE ROSENSTIEL; ANTHONY AJLOUNY; HECTOR MARTIN; DALE MENGHE; SCOTT SCHLEIN; AUGUSTE SHASTRY; | Case No. 2:19-cv-02027-WBS-AC<br><br>**STIPULATION TO DISMISS CLAIMS WITH PREJUDICE**<br><br>Dept.:   Courtroom 5<br>Judge:   Hon. William B. Shubb<br><br>Complaint Filed:  October 8, 2019 |

|  |  |
|---|---|
| NICHOLAS COLVIN; JASON MARKWITH; BRIAN WATSON; SHANE GONZALES; KATHERINE STAHL; MIKE NELSON; BRANDON STEADMAN; BRYANT MILLER; HONG MOON; MATTHEW GOUGE; NICHOLAUS WOODERSON; CARLOS WELCH; ARIEL REID; DAN MAYER; ANTHONY GIGLINI; RYAN JACONETTI; ARIEL CRIS MANIPULA; TRENTON SIDENER; JAMES JOHN O'CONNOR; PATRICK VANG; MARCUS DAVIS; ADAM COHEN; DERICK COLE; AARON MCCORMACK; BRENNEN ALEXANDER COOK; MICHAEL PHONESAVANH RASPHONE; BENJAMIN TENG; SCOTT SORENSON; ANTHONY HUGENBERG; BILLY JOE MESSIMER,<br><br>*Plaintiffs,*<br><br>v.<br><br>MICHAEL L. POSTLE; KING'S CASINO, LLC D/B/A STONES GAMBLING HALL; JUSTIN F. KURAITIS; JOHN DOES 1-10; JANE DOES 1-10,<br><br>*Defendants.* |  |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Jordan Diamond, Scott Schlein, Carlos Welch, Tyler Denson, Bryant Miller, Dale Menghe, Scott Sorenson, Kasey Mills, Dustin McCarthy, Kathy Stahl, Aronn Solis, Taylor Carroll, Derick Cole, Jeffrey Sluzinski, Brian Olson, Eli James, Michael Rojas, Paul 'Bobby' Lopez, Joshua Whitesell, Andrew Lok, Blake Alexander Kraft, Ariel Reid, Shane Gonzalez, Hawnlay Swen, Thomas Morris III, Zeev Malkin, Benjamin "Ehb" Teng, Michael Phonesavanh Rasphone, Trenton Sidener, Brandon Steadman, Hung Sam, Anthony 'Tony' Giglini, David Duarte, Billy Joe Messimer, Corey Caspers, Dan Mayer, Nicholaus Wooderson, Dave Crittenton, James John O'Connor, Jon Turovitz, Paras Singh, Brennen Alexander Cook, Darrell Steed, Brian Michael

Stipulation of Dismissal with Prejudice                                                                                             2

Raasch, Idris M. Yonisi, Nicholas Colvin, Aaron McCormack, Harlan Karnofsky, Harun Unai Begic, Mike Nelson, Arish S. Nat, Cameron Smith, Andrew Hernandez, Matthew Gouge, Cris 'AC' Manipula, Nathan Pelkey, Brad Kraft, Ryan Jaconetti, Jason Markwith, Patrick Laffey, and Navroop 'Nav' Shergill ("Dismissing Plaintiffs"), by and through counsel; Defendant King's Casino Management Corp., successor by merger with King's Casino, LLC d/b/a The Saloon at Stones Gambling Hall ("King's Casino"), by and through counsel; and Defendant Justin Kuraitis ("Kuraitis"), by and through counsel, hereby stipulate to the dismissal with prejudice of all of Dismissing Plaintiffs' claims against King's Casino and Kuraitis in the above-captioned action.

Dismissing Plaintiffs, King's Casino, and Kuraitis agree to bear their own attorney's fees, costs, and expenses as among one another.

SO STIPULATED.

Dated: September 18, 2020        **BOIES SCHILLER FLEXNER LLP**
By: /s/ Mark C. Mao (as authorized on 9/18/20)
    Mark C. Mao
    Boies Schiller Flexner LLP
    *Attorneys for Defendant King's Casino*
    *Management Corp.*

Dated:  September 18, 2020        **THE VERSTANDIG LAW FIRM, LLC**
By: /s/ Maurice B. VerStandig
    Maurice B. VerStandig (pro hac vice)
    The VerStandig Law Firm, LLC
    *Attorneys for Dismissing Plaintiffs*

Dated:  September 18, 2020        **LAW OFFICES OF JULIAN BACH**
By: /s/ Julian K. Bach (as authorized)
    Julian K. Bach
    Law Offices of Julian Bach
    *Attorneys for Dismissing Plaintiffs*

Dated:  September 18, 2020        **LAW OFFICES OF RICHARD PACHTER**
By: /s/ Richard Pachter (as authorized on 9/18/20)
    Richard Pachter
    Law Offices of Richard Pachter
    *Attorneys for Defendant Kuraitis*

**ORDER**

The Court, having considered the Stipulation to Dismiss Claims with Prejudice, and finding good cause therefore, hereby orders:

The claims of Jordan Diamond, Scott Schlein, Carlos Welch, Tyler Denson, Bryant Miller, Dale Menghe, Scott Sorenson, Kasey Mills, Dustin McCarthy, Kathy Stahl, Aronn Solis, Taylor Carroll, Derick Cole, Jeffrey Sluzinski, Brian Olson, Eli James, Michael Rojas, Paul 'Bobby' Lopez, Joshua Whitesell, Andrew Lok, Blake Alexander Kraft, Ariel Reid, Shane Gonzalez, Hawnlay Swen, Thomas Morris III, Zeev Malkin, Benjamin "Ehb' Teng, Michael Phonesavanh Rasphone, Trenton Sidener, Brandon Steadman, Hung Sam, Anthony 'Tony' Giglini, David Duarte, Billy Joe Messimer, Corey Caspers, Dan Mayer, Nicholaus Wooderson, Dave Crittenton, James John O'Connor, Jon Turovitz, Paras Singh, Brennen Alexander Cook, Darrell Steed, Brian Michael Raasch, Idris M. Yonisi, Nicholas Colvin, Aaron McCormack, Harlan Karnofsky, Harun Unai Begic, Mike Nelson, Arish S. Nat, Cameron Smith, Andrew Hernandez, Matthew Gouge, Cris 'AC' Manipula, Nathan Pelkey, Brad Kraft, Ryan Jaconetti, Jason Markwith, Patrick Laffey, and Navroop 'Nav' Shergill against King's Casino and Kuraitis are dismissed with prejudice.

Dismissing Plaintiffs, King's Casino, and Kuraitis shall bear their own attorney's fees, costs, and expenses as among one another.

Dated:  September 22, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE