UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VERONICA BRILL, et al., | No. 2:19-cv-02027-WBS-AC |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL L. POSTLE, et al., | |
| Defendants. | |

----oo0oo----

On October 21, 2020, the court denied the Motion to Withdraw by plaintiffs' counsel and gave the remaining plaintiffs thirty days to file an amended complaint consistent with this court's Order of June 3, 2020.  (Docket No. 63.)  On November 18, 2020, Veronica Brill dismissed her claims against defendants without prejudice.  (Docket No. 81.)  The remaining plaintiffs have not filed an amended complaint.  Because over thirty days have passed since the court's order on October 21, 2020, (Docket No. 80), and plaintiffs have not filed an amended complaint, the remaining plaintiffs' claims are hereby DISMISSED WITH PREJUDICE,

1

and the Clerk of the Court is instructed to close this file.

        IT IS SO ORDERED.

Dated: November 25, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE