# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARC GOONE, ET AL.,**

CASE NO: **2:19−CV−02027−WBS−AC**

v.

**KING'S CASINO, LLC, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/30/2020**

 

**Keith Holland**
Clerk of Court

ENTERED:  **November 30, 2020**

by: /s/ A. Kastilahn
Deputy Clerk